UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| **GARDEN CITY BOXING CLUB, INC.,** a California corporation, | ) ) |
| Plaintiff, | ) |
| v. | ) No.   06 C 4945 |
| | ) |
| **ANTHONY LA COCO, individually and LACOCO PIZZA & PASTA, INC.,** an Illinois corporation, d/b/a La CoCo's, | ) Judge Kendall ) ) Magistrate Judge Schenkier |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR PROVE-UP**

*COMES NOW* the Plaintiff, **GARDEN CITY BOXING CLUB, INC.,** a California corporation, by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD. and moves this Honorable Court for the entry of a Prove-up Order against **ANTHONY LA COCO, individually and  LACOCO PIZZA & PASTA d/b/a LACOCO's** and in support thereof, states as follows:

1. That on September 13, 2006, the Plaintiff, **GARDEN CITY BOXING CLUB, INC.** (herein referred to as "GARDEN CITY")**,**  filed the present cause of action with the Clerk of this Court;

2. That on September 29, 2006 the Defendants, **ANTHONY LA COCO and LACOCO PIZZA & PASTA d/b/a LACOCO'S** were  served with a copy of the Complaint and Summons;

3. That Defendant failed to Appear and Answer and on January 16, 2007, this Court found the defendants to be in  default;

4. That this matter is brought pursuant to the  Communications Act of 1934, 47 U.S.C. § 151 et seq. as amended by the Cable Communications Policy Act of 1984, 47 U.S.C. § 521 et seq and the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.;

.   That the aforesaid Act provides for statutory liquidated damages to wit:

a)   Sixty Thousand ($60,000.00) Dollars for each violation of Section 553 of the Cable Communications Act;

b)   One Hundred Ten Thousand ($110,000.00) Dollars for each violation of Section 6504 of the Copyright Act:

5.   That in the instant matter, there were twelve (12) violations of the aforesaid provisions of the Cable Communication Act; See the Affidavit of the Investigator, attached hereto and made a part hereof, marked "Plaintiff's Exhibit A;"

6.   That Plaintiff is therefore entitled to Two Million Forty Thousand and No/100 ($2,040,000.00) Dollars as Statutory liquidated damages.

7.   That Plaintiff is further entitled to Two Thousand Two Hundred Thirty Six and 74/100 ($2,236.74) Dollars for attorney's fees and costs; See an Affidavit of Plaintiff's Counsel, Zane D. Smith, attached hereto and made a part hereof, marked "Plaintiff's Exhibit B."

8.   That Plaintiff is entitled to statutory damages, in the amount of $2,040,000.00 plus attorneys and fees and costs of $2,236.74 totaling $2,042,236.74.

**WHEREFORE,** the Plaintiff, GARDEN CITY BOXING CLUB, INC., respectfully prays this Honorable Court for the entry of an Order in Plaintiff's favor and against the defendants, ANTHONY LA COCO, individually and LACOCO PIZZA & PASTA d/b/a LACOCO's in the amount of amount of $2,042,236.74 and for such other relief as this Court deems just and right.

Respectfully submitted,

ZANE D. SMITH & ASSOCIATES, LTD.

By:   /s/ Zane D. Smith
      Zane D. Smith, Plaintiff's Attorney

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, Illinois   60610
Phone: 312 245-0031
Attorney I.D.   06184814